# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY DEVON THOMAS, | Case No. CV 20-5421 FMO |
| Petitioner, | Case No. CR 16-0526 FMO |
| v. | **JUDGMENT** |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

Pursuant to the Court's Order Re: Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence, filed contemporaneously with the filing of this Judgment, IT IS ADJUDGED that the above-captioned case is dismissed with prejudice.

Dated this 16th day of June, 2023.

/s/
_____
Fernando M. Olguin
United States District Judge